IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID BAILEY**                                                                                                          **PLAINTIFF**

**v.**                                    **Case No. 3:23-cv-00099-KGB**

**ACTING COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Before the Court is plaintiff David Bailey's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 11). Mr. Bailey requests an award of $6,125.10 for the hours of work performed in this case pursuant to EAJA (*Id.*, at 4). Defendant Acting Commissioner of the Social Security Administration ("SSA") filed a response to the motion representing that the parties, after discussion, have agreed to an award of fees and expenses under EAJA in the amount of $5,980.52 (Dkt. No. 12). SSA therefore requests that the Court enter an Order specifically awarding attorney's fees and expenses of $5,980.52 to be paid by SSA (*Id.*).

For good cause shown, the Court grants, in part, the motion and, in accordance with the parties' agreement, awards $5,980.52 in attorney's fees and expenses to Mr. Bailey, with the check to be made payable to Mr. Bailey, in the care of his attorney, with the check being sent directly to Mr. Bailey's attorney. The EAJA fee is payable to Mr. Bailey as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

It is so ordered this 5th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge