IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID BAILEY**                                                                       **PLAINTIFF**

v.                      Case No. 3:23-cv-00099-KGB

**ACTING COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered by the United States Magistrate Judge on August 24, 2023 (Dkt. No. 10), judgment is entered in favor of plaintiff David Bailey. Pursuant to the Order entered by the Court on this date, the Court awards $5,980.52 in attorney's fees and expenses to Mr. Bailey under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

It is so adjudged this 5th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge